Form G-3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Julia Gekhter | ) | Chapter 13 |
| | ) | |
| | ) | No. 20-19755 |
| | ) | |
| Debtor(s) | ) | Judge Timothy A. Barnes |

## NOTICE OF MOTION

TO:  See attached list

      PLEASE TAKE NOTICE that on  March 16, 2023 , at  9:30am , I will appear before the Honorable  Timothy A. Barnes , or any judge sitting in that judge's place, **either** in courtroom  744  of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of Debtor [to/for] Employ Attorney, a copy of which is attached.

      **All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

      You may appear electronically by video or by telephone.

      **To appear by video**, use this link:  https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

      **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

      **Meeting ID and passcode.**  The meeting ID for this hearing is  161 329 5276 , and the passcode is  433658 .  The meeting ID and passcode can also be found on the judge's page on the court's web site.

      **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                         By:  David Freydin

                                         Attorney for Debtor
                                         Law Offices of David Freydin
                                         8707 Skokie Blvd, Suite 312
                                         Skokie, Illinois 60077
                                         847.972.6157

# CERTIFICATE OF SERVICE

I, __David Freydin_____, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on __February 21, 2023_____, at _5:00 pm___.

 

        /s/ David Freydin_____
        [Signature]

# **CERTIFICATE OF SERVICE**

I hereby certify that in this 21st day of February, 2023, I placed a true and correct copy of the foregoing DEBTORS' MOTION TO EMPLOY ATTORNEY., in the U.S. Mail, first-class, postage prepaid, addressed to the following parties:

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604

Marilyn O. Marshall
224 S. Michigan, Ste 800
Chicago, IL 60604

Service List


/s/ David Freydin
David Freydin

```
Label Matrix for local noticing          PRA Receivables Management, LLC          U.S. Bankruptcy Court
0752-1                                   PO Box 41021                             Eastern Division
Case 20-19755                            Norfolk, VA 23541-1021                   219 S Dearborn
Northern District of Illinois                                                     7th Floor
Eastern Division                                                                  Chicago, IL 60604-1702
Tue Feb 21 09:48:00 CST 2023

1st Financial Bank USA                   ARS National Services Inc.               (p)AMERICAN HONDA FINANCE
Attn: Bankruptcy                         P.O. Box 469046                          P O BOX 168088
Po Box 1100                              Escondido, CA 92046-9046                 IRVING TX 75016-8088
North Sioux City, SD 57049-1100


Bank of America                          Bank of America, N.A.                    Blitt & Gaines PC
4909 Savarese Circle                     P O Box 982284                           775 Corporate Woods
F11-908-01-50                            El Paso, TX 79998-2284                   Vernon Hills, IL 60061-3112
Tampa, FL 33634-2413


Blitt and Gaines                         Brksb/cbna                               Capital One
661 Glenn Ave.                           Po Box 6497                              Attn: Bankruptcy
Wheeling, IL 60090-6017                  Sioux Falls, SD 57117-6497               Po Box 30285
                                                                                  Salt Lake City, UT 84130-0285


Cavalry Portfolio Services               Cavalry SPV I, LLC                       (p)JPMORGAN CHASE BANK N A
500 Summit Lake                          500 Summit Lake Drive, Ste 400           BANKRUPTCY MAIL INTAKE TEAM
Suite 400                                Valhalla, NY 10595-2321                  700 KANSAS LANE FLOOR 01
Valhalla, NY 10595-2321                                                           MONROE LA 71203-4774


Citibank                                 Citibank                                 Citibank, N.A.
Bankruptcy Department                    Citicorp Credit Srvs/Centralized Bk dept 5800 S Corporate Pl
Po Box 790034                            Po Box 790034                            Sioux Falls, SD  57108-5027
St Louis, MO 63179-0034                  St Louis, MO 63179-0034


Comenity Bank                            Credit Collection Services               Credit Control, LLC
Attn: Bankruptcy                         725 Canton St.                           PO BOX 546
Pob 182125                               Norwood, MA 02062-2679                   Hazelwood, MO 63042-0546
Columbus, OH 43218-2125


ECMC                                     Harris & Harris                          Hunter Warfield
Attn: Bankruptcy                         111 West Jackson Blvd Ste 400            Attention: Bankruptcy
111 Washington Ave South, Ste 1400       Chicago, IL 60604-4135                   4620 Woodland Corporate Blvd
Minneapolis, MN 55401-6800                                                        Tampa, FL 33614-2415


IRS                                      Kohn Law Firm SC                         M3 Financial Services
P.O. Box 7346                            735 N Water St Suite 1300                P.O. Box 7230
Philadelphia, PA 19101-7346              Milwaukee, WI 53202-4106                 Westchester, IL 60154-7230


Maureen Mitchell                         Midland Funding                          Midland Funding, LLC
460 Elder Ln                             Attn: Bankruptcy                         Midland Credit Management, Inc. as
Winnetka, IL 60093-4251                  350 Camino De La Reine  Ste 100          agent for Midland Funding, LLC
                                         San Diego, CA 92108-3007                 PO Box 2011
                                                                                  Warren, MI 48090-2011
```

```
Naviet                              NorthShore Health                   Quest Diagnostics
Attn: Claims Dept                   1301 Central Street                 P.O. Box 740397
Po Box 9500                         Evanston, IL 60201-1613             Cincinnati, OH 45274-0397
Wilkes-Barr, PA 18773-9500


Synchrony Bank                      Synchrony Bank                      Tapestry Glenview
Attn: Bankruptcy                    c/o PRA Receivables Management, LLC c/o Hunter & Warfield
Po Box 965060                       PO Box 41021                        4620 Woodland Corp. Blvd
Orlando, FL 32896-5060              Norfolk, VA 23541-1021              Tampa, FL 33614-2415


Toyota Motor Credit                 Toyota Motor Credit Corporation     UCIL Group LLC
6565 Headquarters Dr,               c/o Becket and Lee LLP              PO BOX 351
 Plano, TX 75024-5965               PO Box 3001                         Glenview, IL 60025-0351
                                    Malvern  PA 19355-0701


David Freydin                       Julia Gekhter                       Marilyn O Marshall
Law Offices of David Freydin Ltd    660 Prestwick Lane, Unit 501        224 South Michigan Ste 800
8707 Skokie Blvd                    Wheeling, IL 60090-6252             Chicago, IL 60604-2503
Suite 312
Skokie, IL 60077-2281


Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027
```

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American Honda Finance              (d)American Honda Finance Corporation   Chase Card Services
Attn: Bankruptcy                    National Bankruptcy Center              Attn: Bankruptcy
Po Box 168088                       P.O. Box 168088                         Po Box 15298
Irving, TX 75016                    Irving, TX 75016-8088                   Wilmington, DE 19850


(d)JPMorgan Chase Bank              End of Label Matrix
P.O. Box 15298                      Mailable recipients    42
Wilmington, DE 19850                Bypassed recipients     0
                                    Total                  42
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | CASE NO. 20-19755 |
| | ) | |
| Julia Gekhter | ) | HON. Timothy A. Barnes |
| | ) | |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## DEBTOR'S MOTION TO EMPLOY ATTORNEY

NOW COMES Julia Gekhter, Debtor, by and through Debtor's attorney, David Freydin, and moves this Honorable Court to allow Debtor to employ an attorney to prosecute a hardship adversary to discharge her student loans, and in support thereof states as follows:

1. That the Debtor filed a petition for relief pursuant to Chapter 13 Title U.S.C. on November 4, 2020.

2. That this Honorable Court confirmed Debtor's Chapter 13 plan of reorganization on January 7, 2021.

3. That Debtor disclosed her student loans owed to the United States Department of Education on her original petition.

4. That Debtor would like permission to retain David Freydin and the Law Offices of David Freydin to represent her in an adversary proceeding to discharge her student loans under the new guidance issued in November 2022.

5. That David Freydin and his office have considerable experience prosecuting and successfully resolving various types of adversary proceedings.

6. That without counsel, Debtor is not able to properly prosecute a hardship adversary.

7. That pursuant to §327 (e) of the United States Bankruptcy Code, the Debtor respectfully requests that this Honorable Court enter an order authorizing the employment of David Freydin of the Law Offices of David Freydin, an attorney duly authorized to practice law, to perform all legal services necessary to resolve Debtor's student loan adversary matters.

8. That David Freydin or his office will appropriately request and disclose any compensation for adversary proceedings from this Honorable Court.

WHEREFORE, Debtor, prays this Honorable Court for the following relief:

A. That this Honorable Court authorize Debtor to employ David Freydin of the Law Offices of David Freydin as attorney to perform all legal services necessary or required in the matter of Julia Gekhter.

B. For such other and further relief this court deems just and proper

Respectfully Submitted,

/s/ *David Freydin*
Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157